Notice of Removal

# Exhibit B

# Notice of Filing of Notice of Removal

# IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

BRIAN HOOGS      )
           )
           )
  Plaintiff,     )  CIVIL ACTION
           )
v.          )  FILE NO. 16C3101
           )
WAFFLE HOUSE, INC.    )
and MID SOUTH WAFFLES, INC. )
           )
  Defendant.    )

## NOTICE OF FILING NOTICE OF REMOVAL

COMES NOW Defendants Waffle House, Inc. and Mid South Waffles, Inc., by and through their undersigned counsel of record and pursuant to 28 U.S.C. § 1446(d), and hereby give notice that they are removing this action from the Circuit Court for Davidson County, to the United States District Court for the Middle District of Tennessee - Nashville Division. Attached is a Notice of Removal, without attachments, filed in the District Court on December 30, 2016.

Respectfully submitted this 30th day of December, 2016.

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, PC**

By: _Kathryn Yeager_ MMS 02914
    Kathryn B. Yeager (BPR # 033473)
    Baker, Donelson, Bearman, Caldwell
    & Berkowitz, PC
    211 Commerce Street, Suite 800
    Nashville, Tennessee 37201
    (615) 726-7343
    kyeager@bakerdonelson.com

    *Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I certify that on this date I served a copy of the foregoing *Notice of Filing Notice of Removal* by first-class mail and e-mail to the following attorneys of record:

Thomas W. Shumate, IV, Esq.
Robert D. Martin, Esq.
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
tom.shumate@meridian.law

Respectfully submitted this 30th day of December, 2016,

_____
Attorney

2