IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN HOOGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:16-cv-03315 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ) | |
| WAFFLE HOUSE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

By Order (Doc. No. 33) entered September 20, 2017, Judge Trauger granted a request to withdraw filed by Plaintiff's former counsel. Through that Order, Judge Trauger also gave Plaintiff 60 days in which to obtain new counsel or file a notice indicating that he would be representing himself. Judge Trauger warned Plaintiff that failure to timely comply with the Order could result in the dismissal of his case.

By Order entered February 6, 2018 (Doc. No. 35), this Court gave Plaintiff until February 26, 2018, in which to obtain new counsel or file a notice indicating that he will be representing himself in this action. Plaintiff was again forewarned that failure to comply with the Order would, absent extraordinary circumstances, result in the dismissal of this case for failure to prosecute.

As of the date of this Order, no filings have been made by Plaintiff or on his behalf. Accordingly, this case is **DISMISSED** for failure to prosecute. The trial set for June 12, 2018, and the pretrial conference set for June 8, 2018 are **CANCELLED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE